Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 74 - 1 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Noel Medrino-Clemente | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Noel Medrino-Clemente.

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|