# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 74 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Noel Medrino-Clemente | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/31/08. Defendant informed of rights. Enter order appointing Rose Lindsay to represent defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 2/4/08 at 11:30 a.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | DK |
|---|---|---|