# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                         Case

USA v. Medrino-Clemente      08 CR 74

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Noel Medrino-Clemente

**FILED**
JAN 3 1 2008
Jan 31 2008
MAGISTRATE JUDGE
MORTON DENLOW

| SIGNATURE | s/ [signature] ROSE LINDSAY |
|---|---|
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E MONROE ST, STE 2800 |
| CITY/STATE/ZIP | CHICAGO IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280480 | TELEPHONE NUMBER 312.621.8342 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [ ]  APPOINTED COUNSEL [X] |