UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE GETTLEMAN

**FILED**

FEB - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | 08 CR 0074 |
|---|---|
| v. | Violation: Title 8, United States Code, |
| NOEL MEDRINO-CLEMENTE, | Sections 1326(a) and (b)(2); and Title 6, United |
| also known as "Joel Mendez Bojorquez" | States Code, Section 202(4) |

**MAGISTRATE JUDGE DENLOW**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 9, 2008, at Justice, Illinois, in the Northern District of Illinois, Eastern Division,

NOEL MEDRINO-CLEMENTE,
also known as Joel Mendez Bojorquez,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 24, 1998, May 19, 1997, July 1, 1995, June 28, 1994, and March 3, 1993 was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY