# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 74 - 1 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. Noel Medrino-Clemente | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to Count I of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 2/13/08. Pretrial motions to be filed by or on 2/26/08. Status hearing set before Judge Gettleman for 2/26/08 at 9:15 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 2/26/08 pursuant to 18:3161(h)(1)(F)   (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|