# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:08–cr–00074
                                                   Honorable Robert W. Gettleman

Noel Medrino–Clemente

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

    MINUTE entry before Judge Honorable Robert W. Gettleman: Status hearing held on 4/15/2008. The Court deems the period of time from 4/15/2008 through 4/30/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing set for 4/30/2008 at 09:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.