**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                         Case No.: 1:08−cr−00074
                                           Honorable Robert W. Gettleman

Noel Medrino−Clemente
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

    MINUTE entry before Judge Honorable Robert W. Gettleman: Change of Plea Hearing is re−set to 5/13/2008 at 10:00 a.m. The COurt deems the period of time from 4/30/2008 to 5/13/2008 excludable under 18 USC Secdt. 3161(h)(8)(B)(iv). Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.