AO 442 (Rev.5/93 WP) Warrant for Arrest          AUSA Megan Cunniff Church (312) 886-1173

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

MAGISTRATE JUDGE DENLOW

v.

**WARRANT FOR ARREST**

NOEL MEDRINO-CLEMENTE

CASE NUMBER: 08CR 0074

To:   The United States Marshal
      and Any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest NOEL MEDRINO-CLEMENTE, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a

☐ Indictment   ☐ Information   ☒ Complaint

charging him with (brief description of offense):

ILLEGAL REENTRY INTO THE UNITED STATES BY A DEPORTED ALIEN

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

FILED
JUL 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MORTON DENLOW
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

/s/ Morton Denlow
Signature of Issuing Officer

January 30, 2008; Chicago, Illinois
Date and Location

Bail fixed at $ _____   by   MORTON DENLOW
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| DATE RECEIVED 01/30/2008 DATE OF ARREST 01/31/2008 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Jason Harkness | SIGNATURE OF ARRESTING OFFICER |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Noel Medrino-Clemente

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:

WEIGHT:

SEX: Male

RACE:

HAIR:

EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:: Jason Harkness, 630-574-4600, Ext. 2491

United States Bureau of Immigration and Customs Enforcement, 1 Tower Lane, Suite 1600, Oak Brook, Illinois 60181