IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 74 |
| | ) | Judge Robert W. Gettleman |
| NOEL MEDRINO-CLEMENTE, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: Megan Church                                                   Rebecca Fowlie
    Assistant United States Attorney           United States Probation Officer
    219 S. Dearborn St., 5th Floor                 55 E. Monroe St., 15th Floor
    Chicago, IL 60604                                         Chicago, IL 60603

PLEASE TAKE NOTICE that on Wednesday, September 17, 2008, at 9:15 a.m., in Courtroom 1703, we shall appear before the Honorable Robert W. Gettleman, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

– **UNOPPOSED MOTION FOR DISCLOSURE OF PROBATION'S CRIMINAL HISTORY RECORDS AND A TWO-WEEK CONTINUANCE OF THE SENTENCING HEARING**

                                                                        Respectfully submitted,

                                                                        FEDERAL DEFENDER PROGRAM
                                                                        Terence F. MacCarthy
                                                                        Executive Director

                                                                        By: s/Rose J. Lindsay
                                                                                Rose J. Lindsay

ROSE J. LINDSAY
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8341